IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01734-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC.,
SC SERVICES & ASSOCIATES, INC.,
CARYN BENTON,
JACK FRAZIER,
JOAN M. LUDWICK,
KATHY M. BALUS,
KEVIN T. DREYER,
RICHARD B. BICKNELL, and
JOHN R. WOODLEY, JR.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 17, 2012.**

    Before the Court is Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) [docket #6] and Defendants' Motion for Sanctions [docket #7]. Pursuant to D.C. Colo. LCivR 7.1C, the Plaintiff shall file responses to the motions **on or before September 10, 2012**. Defendants may file reply briefs in support of the motions within fourteen (14) days after the responses are served.