**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-01734-REB-MEH

WADE A. WILLIAMS,

    Plaintiff,

v.

PIONEER CREDIT RECOVERY, INC.,
SC SERVICES & ASSOCIATES, INC.,
CARYN BENTON,
JACK FRAZIER,
JOAN M. LUDWICK,
KATHY M. BALUS,
KEVIN T. DREYER,
RICHARD B. BICKNELL, and
JOHN R. WOODLEY, JR.,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the plaintiff's **Notice of Dismissal With Prejudice** [#12][1] filed September 17, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiff's **Notice of Dismissal With Prejudice** [#12] filed September

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

17, 2012, is **APPROVED**;

    2.  That any pending motion is **DENIED** as moot; and

    3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 18, 2012, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge